RECEIVED
JUN - 9 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DENNA BLY | *CIVIL NO. 09-0051 |
| VERSUS | *JUDGE DOHERTY |
| UNITED FUELS & LUBRICANTS, LLC., ET AL. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED Motion to Dismiss filed by defendants, Corey Hulin, Tony Gibson, Albert Sims, and Chad Brady, [rec. doc. 12] is GRANTED, and that all claims against D Corey Hulin, Tony Gibson, Albert Sims, and Chad Brady are DISMISSED WITH PREJUDICE.

Signed this 9 day of June, 2009, at Lafayette, Louisiana.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE